# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19 CV 172

| | |
|---|---|
| JOHN MCKINNEY, and ) | |
| MCK FAMILY PARTNERS, LTD., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | **ORDER** |
| GAIA HERBS, INC., and ) | |
| RICHARD SCALZO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 32) filed by R. Matthew Van Sickle. The Motion indicates that Mr. Van Sickle, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Hermine Kallman, who the Motion represents as being a member in good standing of the Bar of the State of Colorado. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 32) and **ADMITS** Hermine Kallman to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 11, 2019

W. Carleton Metcalf
United States Magistrate Judge