# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19 CV 172

| | |
|---|---|
| JOHN MCKINNEY, and ) | |
| MCK FAMILY PARTNERS, LTD., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | ORDER |
| GAIA HERBS, INC., and ) | |
| RICHARD SCALZO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 33) filed by R. Matthew Van Sickle. The Motion indicates that Mr. Van Sickle, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Kris J. Kostolansky, who the Motion represents as being a member in good standing of the Bar of the State of Colorado. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 33) and **ADMITS** Kris J. Kostolansky to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 11, 2019

W. Carleton Metcalf
United States Magistrate Judge