IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 172

| | | |
|---|---|---|
| JOHN MCKINNEY, and<br>MCK FAMILY PARTNERS, LTD., | )<br>)<br>) | |
| Plaintiffs, | ) | ORDER |
| v. | )<br>) | |
| GAIA HERBS, INC., and<br>RICHARD SCALZO, | )<br>)<br>) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 37) filed by Brian D. Gulden. The Motion indicates that Mr. Gulden, a member in good standing of the Bar of this Court, is local counsel for Defendant Richard Scalzo and that he seeks the admission of Ann R. Schildhammer, who the Motion represents as being a member in good standing of the Bar of the State of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 37) and **ADMITS** Ann R. Schildhammer to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 25, 2019

W. Carleton Metcalf
United States Magistrate Judge