IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 172

| | |
|---|---|
| JOHN MCKINNEY, and <br> MCK FAMILY PARTNERS, LTD., <br><br> Plaintiffs, <br> v. <br><br> GAIA HERBS, INC., and <br> RICHARD SCALZO, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 49) filed by R. Matthew Van Sickle. The Motion indicates that Mr. Van Sickle, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Darren J. Lemieux, who the Motion represents as being a member in good standing of the Bar of the State of Colorado. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 49) and **ADMITS** Darren J. Lemieux to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 12, 2019

W. Carleton Metcalf
United States Magistrate Judge